1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUONG VAN LE, | CASE NO. 2:25-cv-02084-JNW-SKV |
| Petitioner, | ORDER DISMISSING CASE |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

The Government's motion to dismiss for mootness comes before the Court. Dkt. No. 7. The Government moves to dismiss this habeas action because it removed Petitioner Truong Van Le from the United States. The motion is supported by a declaration from an Immigration and Customs Enforcement ("ICE") officer, stating that ICE removed Le on November 5, 2025. Dkt. No. 8 ¶ 3. Le did not file a response to the motion.

"For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). Le's petition expressly challenges his detention and

ORDER DISMISSING CASE - 1

potential third-country removal; the petition does not raise any additional or collateral issues. Because Le is no longer in custody, and because the Government did not send him to a third country, there are no remaining issues or "collateral consequences" for the Court to address. *Id.* at 1064 (holding petition for writ of habeas corpus moot after removal because the petition challenged only the length of detention).

Accordingly, the Government's motion to dismiss for mootness is GRANTED. Dkt. No. 7. The petition is DISMISSED as moot, and the Clerk of the Court is DIRECTED to CLOSE this case.

Dated this 16th day of December, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 2